

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMEER NATOUR<br>    also known as "Haboob";<br>THAMER M. ALHABBAS; and<br>JESSICA FLORES | No. 16 CR 635<br><br>Violation: Title 21 United States Code, Section 846<br><br>**JUDGE SHAH**<br><br>**MAGISTRATE JUDGE SCHENKIER** |

The SPECIAL JUNE 2015 GRAND JURY charges:

Beginning no later than January 2016 and continuing to on or about October 3, 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMEER NATOUR, aka "Haboob,"
THAMER M. ALHABBAS, and
JESSICA FLORES,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing 3-4 Methylenedioxymethamphetamine ("MDMA"), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.



FILED
OCT 25 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2015 GRAND JURY further charges:

1. As a result of the violation of Title 21, United States Code, Section 846, as alleged in this indictment,

> SAMEER NATOUR
> also known as "Haboob";
> THAMER M. ALHABBAS; and
> JESSICA FLORES

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): (1) any and all property constituting and derived from, any proceeds they obtained, directly and indirectly, as a result of the violation; and (2) any and all property used, or intended to be used, in any manner or part, to commit and facilitate the commission of the violations.

2. The interests of the defendants subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853 include, but are not limited to, approximately $320,000.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred of sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture or substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY